

# Fourth Court of Appeals
## San Antonio, Texas

Friday, July 2, 2021

No. 04-21-00242-CV

**ELECTRIC RELIABILITY COUNCIL OF TEXAS, INC**. and William L. "Bill" Magness,
Appellants

v.

**CPS ENERGY**,
Appellee

From the 285th Judicial District Court, Bexar County, Texas
Trial Court No. 2021-CI-04574
Honorable Solomon Casseb, III, Judge Presiding

# O R D E R

Sitting:      Rebeca C. Martinez, Chief Justice[1]
Patricia O. Alvarez, Justice
Luz Elena D. Chapa, Justice

Appellants' Motion to Consolidate is **DENIED**.

It is so **ORDERED** on July 2, 2021.

PER CURIAM

ATTESTED TO: _____
Michael A. Cruz,
Clerk of Court

---

[1] Chief Justice Martinez dissents from this order.